**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUDY MIRELEZ, DEVAN M. PORTILLO, EUGENE ACTION, and KAMALA D. HARRIS, State Attorney General,<br><br>　　　　　Defendants. | Case No. 1:15-cv-01343-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By motion filed on September 2, 2015, Plaintiff James Smith seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*. But the Clerk of Court SHALL NOT issue new case documents and the summons until the Court has screened the complaint.

IT IS SO ORDERED.

Dated: **September 8, 2015**　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE